JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAS SAAD SUKAIK; ROZANA SAAD SUKAIK; FARAH SAAD SUKAIK; and ADAM SAAD SUKAIK,<br><br>  Plaintiffs,<br>  vs.<br><br>*United States Secretary of State*, ANTONY BLINKEN, *in his official capacity only; United States Secretary of Defense* LLOYD AUSTIN, *in his official capacity only*,<br><br>  Defendants. | Case No. 2:23-cv-09076-DSF-KS<br><br>**ORDER** |

Plaintiffs ANAS SAAD SUKAIK; ROZANA SAAD SUKAIK; FARAH SAAD SUKAIK, and ADAM SAAD SUKAIK, by and through their counsel, having asked this Court to dismiss their case without prejudice, it is

SO ORDERED:

Dated: November 30, 2023

By: *Dale S. Fischer*
Dale S. Fischer
United States District Judge

-1-